# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: STEVENS PUMP COMPANY § Case No. 13-42965
§ Hon. CAROL A. DOYLE
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/28/2014 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/04/2014    By: Clerk U. S. Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St. - Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: STEVENS PUMP COMPANY § Case No. 13-42965
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $67,907.76 |
| *and approved disbursements of* | $10.43 |
| *leaving a balance on hand of* [1] | $67,897.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $67,897.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $6,645.39 | $0.00 | $6,645.39 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $117.89 | $0.00 | $117.89 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $13,205.00 | $0.00 | $13,205.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN | $1,004.50 | $0.00 | $1,004.50 |
| *Accountant for Trustee, Expenses* | LOIS WEST/ POPOWCER KATTEN | $0.00 | $0.00 | $0.00 |
| *Auctioneer, Fees* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Auctioneer, Expenses* | |
| *Charges,* <u>U.S. Bankruptcy Court</u> | |
| *Fees,* <u>United States Trustee</u> | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $20,972.78 |
| Remaining balance: | $46,924.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for         , Fees* | | | |
| *Attorney for         , Expenses* | | | |
| *Accountant for         , Fees* | | | |
| *Accountant for         , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $46,924.55 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling <u>    $2,453.47    </u> must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Internal Revenue Service | $130.43 | $0.00 | $130.43 |
| 26 | Illinois Dept of Revenue | $1,829.52 | $0.00 | $1,829.52 |
| 27 | Illinois Dept of Employment Security | $493.52 | $0.00 | $493.52 |

Total to be paid for priority claims:     $2,453.47
Remaining balance:     $44,471.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling     $523,218.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   8.5   percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United Parcel Service | $967.87 | $0.00 | $82.26 |
| 2 | Able American Plastics | $28,751.25 | $0.00 | $2,443.72 |
| 3 | Maloney & Craven PC | $12,786.24 | $0.00 | $1,086.77 |
| 4 | GIS Rolling, Inc. | $9,214.08 | $0.00 | $783.15 |
| 5 | Mid-Atlantic Systems of DPN, Inc. | $29,037.60 | $0.00 | $2,468.06 |
| 6 | Mid-Atlantic Systems of CPA, Inc. | $34,138.80 | $0.00 | $2,901.64 |
| 7 | Mid-Atlantic Systems of NJ, Inc. | $58,467.60 | $0.00 | $4,969.47 |
| 8 | Mid-Atlantic Systems of NY, Inc. | $27,075.80 | $0.00 | $2,301.32 |
| 9 | Mid-Atlantic Systems of MD, Inc. | $14,322.60 | $0.00 | $1,217.35 |
| 10 | Mid-Atlantic Systems of VA, Inc. | $25,309.80 | $0.00 | $2,151.21 |
| 11 | Forest Packaging Corp. | $5,400.64 | $0.00 | $459.03 |
| 12 | Critchfield, Critchfield & Johnston | $22,336.36 | $0.00 | $1,898.49 |
| 13 | Lee Supply Corporation | $46,352.43 | $0.00 | $3,939.74 |
| 14 | Michael Machine Co. | $5,089.03 | $0.00 | $432.55 |
| 15 | Allstate Property & Casualty Insurance | $8,654.99 | $0.00 | $735.63 |
| 16 | State Farm Fire & Casualty Company | $4,178.60 | $0.00 | $355.16 |
| 17 | Erie Insurance Exchange | $10,000.00 | $0.00 | $849.95 |
| 18 | Safeco Insurance Co. | $15,982.88 | $0.00 | $1,358.47 |
| 19 | JP Morgan Chase Bank NA | $135,982.39 | $0.00 | $11,557.87 |
| 20 | Allstate Property & Casualty Insurance | $9,917.97 | $0.00 | $842.98 |
| 21 | Erie Insurance Exchange | $8,661.41 | $0.00 | $736.18 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 22 | Allstate Property & Casualty Insurance | $5,500.00 | $0.00 | $467.48 |
| 23 | Johnston Supply Co. | $5,089.71 | $0.00 | $432.60 |
| | Total to be paid for timely general unsecured claims: | | | $44,471.08 |
| | Remaining balance: | | | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $5,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | Allstate Property & Casualty Insurance | $5,000.00 | $0.00 | $0.00 |
| | Total to be paid for tardily filed general unsecured claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Internal Revenue Service | $300.00 | $0.00 | $0.00 |
| 26 | Illinois Dept of Revenue | $332.95 | $0.00 | $0.00 |
| 27 | Illinois Dept of Employment Security | $191.75 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
                       Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St. - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-42965-CAD
Stevens Pump Company                                                Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 3              Date Rcvd: Aug 01, 2014
                              Form ID: pdf006           Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
```
db         #+Stevens Pump Company,    850 Greenleaf Street,    Elk Grove Village, IL 60007-5026
21182854    +ABLE AMERICAN PLASTICS, INC,    9703 South Route 12,    Richmond, IL 60071-9204
21182855    +ADDISON BUILDING MATERIAL,    3201 S. Buisse Road,    Arlington Heights, IL 60005-4699
21182856    +ADVANCE PLUMBING SUPPLY,    1977 E West Maple Rd,    Walled Lake, MI 48390-3823
21182857    +ALL STATE STAPLE COMPANY,    201 Scott Street,    Elk Grove Village, IL 60007-1212
21182858    +Allstate Indemnity Company,    Roanoke Nat.Subrogation ClaimCenter,    3800 Electric Road,
              Roanoke, VA 24018-4569
21701944    +Allstate Insurance,    A/S/O Angie Reinhard,    P O BOX 21169,    Roanoke, VA 24018-0537
21679316    +Allstate Property and Casualty Company,    c/o Keis George llp,    55 Public Square Suite 800,
              Cleveland, OH 44113-1909
21679449    +Allstate Property and Casualty Company,    c/o Keis George llp,    55 Public Square #800,
              Cleveland, OH 44113-1909
21589837    +Allstate Property and Casualty Insurance Company,    c/o Miller Bonham LLP,
              7000 Central Parkway NE, Suite 1650,    Atlanta, GA 30328-4599
21182860    +BURSTAN, INC,    2530 United Lane,    Elk Grove Village, IL 60007-6819
21182861     BUSHNELL, INC,    3270 Eagle Way,    Chicago, IL 60678-1032
21182862     C N A,    P.O. Box 790094,    St. Louis, MO 63179-0094
21182863     CAN-DO-METALS,    499 Chicago Avenue,    St. Anne, IL 60964
21182864     CHOLAB,    P.O. Box 48273,    Niles, IL 60714-0273
21182865    +CIRONE BUSINESS RESOURCES,    977 North Avenue,    Des Plaines, IL 60016-3219
21182866    +CLC LUBRICANTS CO,    P.O. Box 764,    Geneva, IL 60134-0764
21182867    +CMZ EXPRESS INC,    P.O. Box 1416,    Addison, IL 60101-8416
21182868    +CRAWFORD SUPPLY CO,    8150 Lehigh Avenue,    Morton Grove, IL 60053-2641
21182869    +CRITCHFIELD, CRITCHFIELD & JOHNSTON,    c/o Duriya Dhinojawala, Esq.,    4996 Foote Road,
              Medina, OH 44256-8775
21403493     Citi Cards,    POB 6235,    Sioux Falls, SD 57117-6235
21182870    +Darwin Realty,    970 Oak Lawn Avenue,    Suite 100,    Elmhurst, IL 60126-1020
21182871    +EASTWAY SUPPLY,    1561 Alum Creek Drive,    Columbus, OH 43209-2780
21182872    +Erie Insurance Exchange,    c/o Keis George LLP,    55 Public Sq., #800,    Cleveland, OH 44113-1909
21679389    +Erie Insurance Exchange,    c/o Keis George llp,    55 Public Square Suite 800,
              Cleveland, OH 44113-1909
21182873     FERGUSON ENTERPRISE,    Shared Accounting Center,    P.O. Box 9406,    Hampton, VA 23670-0406
21182874    +FOREST PACKAGING CORP,    1955 Estes Avenue,    Elk Grove Village, IL 60007-5415
21182875    +GIS ROLLING, LLC,    C/O Paul W. Bullard, Esq.,    Michael A. Maciejewski, Ltd.,
              970 N. Oaklawn Ave - Suite 204,    Elmhurst, IL 60126-1000
21182876    +GLOBAL TRANZ,    P.O. Box 203285,    Dallas, TX 75320-3285
21182877     HAJOCA CORPORATION,    P.O. Box 842912,    Boston, MA 02284-2912
21182878    +INVENSYS APPLIANCE,    14557 Collection Center Drive,    Chicago, IL 60693-0145
22161001    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
21923172     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
21182879     JACKEL ECO-SYSTEMS,    P.O. Box 96,    Mishawaka, IN 46546-0096
21182880    #+JAMES E. & RUTH E. STEVENS,    90 Hart Road,    Barrington Hills, IL 60010-2665
21182882     JASON KOVACH,    33787 N. Shawnee Ave.,    Grayslake, IL 60030-2871
21182883    +JOHN CRANE SEALS,    6400 Oakton Street,    Morton Grove, IL 60053-2725
21182885     JOHNSTON SUPPLY INC,    P.O. Box 408,    Marion, OH 43301-0408
21182886    #+JP Morgan Chase Bank, NA,    Business Banking Loan Servicing,    POB 33035,
              Louisville, KY 40232-3035
21665937    +JPMorgan Chase Bank, N.A.,,    The Law Office of,    Douglas R. Johnson, P.C.,
              321 N. Clark St., 5th Floor,    Chicago, IL 60654-4714
21182881    #+James E. Stevens,    90 Hart Road,    Barrington Hills, IL 60010-2665
21182884    +John L. Quinn,    2 S. Whitney Street,    POB 284,    Grayslake, IL 60030-0284
21182887    +KVF COMPANY,    950 Lively Blvd,    Elk Grove Village, IL 60007-2254
21182888     Liberty Mutual Fire Insurance Co.,    Subrogation Department,
              5050 West Tilghman Street, Ste. 200,    Allentown, PA 18104-9154
21182889    +MALONEY & CRAVEN, P.C.,    2093 Rand Road,    Des Plaines, IL 60016-4727
21182890    +MAUMEE PLUMBING & HEATING,    P.O. Box 309,    Perrysburg, OH 43552-0309
21182891     MCMASTER-CARR SUPPLY,    P.O. Box 7690,    Chicago, IL 60680-7690
21182892     MENYHART PLUMBING & HEATING,    6305 Lorain Ave,    Cleveland, OH 44102
21182893     METRO STAFFING,    P.O. Box 60839,    Charlotte, NC 28260-0839
21182894     MICHAELS MACHINE COMPANY,    442 Douglas Avenue,    Racine, WI 53402
21182896    +MOTION INDUSTRIES, INC,    P.O. Box 98412,    Chicago, IL 60693-8412
21182897    +MPI LABEL SYSTEMS,    P.O. Box 70,    Sebring, OH 44672-0070
21182895    +Mid-Atlantic Systems et al,    c.o DiMonte & Lizak, LLC,    216 W. Higgins Road,
              Park Ridge, IL 60068-5706
21405180    +Mid-Atlantic Systems of CPA, Inc.,    c/o David T. Arena, DiMonte & Lizak, LLC,
              216 West Higgins Road,    Park Ridge, Illinois 60068-5706
21405138    +Mid-Atlantic Systems of DPN, Inc.,    c/o David T. Arena, DiMonte & Lizak, LLC,
              216 West Higgins Road,    Park Ridge, Illinois 60068-5706
21405314    +Mid-Atlantic Waterproofing of MD, Inc.,    c/o David T. Arena, DiMonte & Lizak, LLC,
              216 West Higgins Road,    Park Ridge, Illinois 60068-5706
21405229    +Mid-Atlantic Waterproofing of NJ, Inc.,    c/o David T. Arena, DiMonte & Lizak, LLC,
              216 West Higgins Road,    Park Ridge, Illinois 60068-5706
```

```
District/off: 0752-1           User: froman                  Page 2 of 3                   Date Rcvd: Aug 01, 2014
                               Form ID: pdf006               Total Noticed: 92

21405274     +Mid-Atlantic Waterproofing of NY, Inc.,    c/o David T. Arena, DiMonte & Lizak, LLC,
               216 West Higgins Road,    Park Ridge, Illinois 60068-5706
21405437     +Mid-Atlantic Waterproofing of VA, Inc.,    c/o David T. Arena, DiMonte & Lizak, LLC,
               216 West Higgins Road,    Park Ridge, Illinois 60068-5706
21182898      NATIONAL BOLT & NUT,   144 Covington Drive,     Bloomingdale, IL 60108-3105
21182899     +NEENAN COMPANY,    P.O. Box 300408,    Kansas City, MO 64130-0408
21182900     +O&G SPRING & WIRE,    4500 W. Division Street,    Chicago, IL 60651-1641
21182901     +PARADIGM PRODUCTIONS, INC,    1400 E. Touhy Avenue - Suite 258,    Des Plaines, IL 60018-3345
21182903     +PORT TO PORT, INC,    1201 West Morse,    Elk Grove Village, IL 60007-5701
21182902     +Parks Sales Agency, LLC,    10493 Roachton Road,    Perrysburg, OH 43551-9656
21182904     +RC INTERNATIONAL,    563 W. Golf Road - Suite B,    Arlington Heights, IL 60005-3904
21182905      REGAL BELOIT EPC, INC,    7123 Solution Center,    Chicago, IL 60677-7001
21182906      REPUBLIC SERVICES,    2101 S. Busse Road,    Mt. Prospect, IL 60056-5566
21182907      ROBERTSON HEATING SUPPLY,    P.O. Box 2448,    Alliance, OH 44601-0448
21182908     +Ruth E. Stevens,    90 Hart Road,    Barrington Hills, IL 60010-2665
21182910      SCHMIDTS WHOLESALE, INC,    P.O. Box 5100,    Monticello, NY 12701-5100
21182911      SENSATA TECHNOLOGIES, INC,    P.O. Box 100139,    Atlanta, GA 30384-0139
21182913     +STEPHENS TILE LLC,    6315 Bell Road,    Birch Run, MI 48415-9062
21661643     +Safeco Insurance Company,    c/o Keis George llp,    55 Public Square, Suite 800,
               Cleveland, OH 44113-1909
21182912     +State Farm Fire & Casualty Company,    C/O Keis George LLP,    55 Public Square, Suite 800,
               Cleveland, OH 44113-1909
21182914     +Steven E. Vargo,    77 West Washington St., Ste. 1620,    Chicago, IL 60602-3218
21182916     +TRU CUT MACHINE,    480 South Oak Street,    Saint Anne, IL 60964-5357
21182917      TYCO INTEGRATED SECURITY,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
21182915     +Tracy & Ellen Townsend,    c/o Miller Bonham, LLP,    7000 Central Parkway, NE, Ste 1650,
               Atlanta, GA 30328-4599
21182919      UNITED PARCEL SERVICE,    Lockbox 577,    Carol Stream, IL 60132-0577
21381121     +United Parcel Service,    c/o Receivable Management Services ("RMS,    P.O. Box 4396,
               Timonium, MD 21094-4396
21182920     +WARREN PIPE,    18660 15 Mile Road,    Fraser, MI 48026-3462
21182921     +WATER HEATERS ONLY, LLC,    800 Mendelssohn Ave N,    Golden Valley, MN 55427-4326
21182922      WIN WHOLESALE,    P.O. Box 1127,    Dayton, OH 45401-1127
21182923     +WM F MEYER,    P.O. Box 37,    Aurora, IL 60507-0037
21182924     +WOLFF BROTHERS SUPPLY INC,    6078 Wolff Road,    Medina, OH 44256-9499
21182925     +ZIMMERMAN TRUE VALUE,    745 South Buffalo Grove Road,    Buffalo Grove, IL 60089-3705
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21182859      E-mail/Text: g17768@att.com Aug 02 2014 00:51:16      AT&T,   P.O. Box 5080,
               Carol Stream, IL 60197-5080
21661474      E-mail/Text: cio.bncmail@irs.gov Aug 02 2014 00:51:31      Internal Revenue Service,   INSOLVENCY,
               P.O. Box 7346,    Philadelphia, PA. 19101-7346
21464205     +E-mail/Text: ikonmgr@rubin-levin.net Aug 02 2014 00:53:25       LEE SUPPLY CORPORATION,
               c/o Rubin & Levin, P.C.,    342 Massachussets Ave., #500,    Indianapolis, IN 46204-2132
21182909      E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2014 00:56:39       SAM'S CLUB,   P.O. Box 530970,
               Atlanta, GA 30353-0970
21182918     +E-mail/Text: ulinecollections@uline.com Aug 02 2014 00:52:48       ULINE SHIPPING SUPPLY,
               2200 S. Lakeside Drive,    Waukegan, IL 60085-8361
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: froman                Page 3 of 3                  Date Rcvd: Aug 01, 2014
                              Form ID: pdf006             Total Noticed: 92
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2014 at the address(es) listed below:

```
          Allan J DeMars    alland1023@aol.com
          Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
          Carl F. Safanda, Esq    on behalf of Debtor    Stevens Pump Company
           csafanda@xnet.com;rsafanda@xnet.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul W Bullard    on behalf of Creditor    GIS Rolling, LLC paul@mamattorneys.com
                                                                                             TOTAL: 5
```