# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: STEVENS PUMP COMPANY § Case No. 13-42965
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $846,634.15 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $46,924.55 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $20,972.78 | | |

3) Total gross receipts of $67,907.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $10.43 (see **Exhibit 2**), yielded net receipts of $67,897.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $193,799.94 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $20,972.78 | $20,972.78 | $20,972.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,453.47 | $2,453.47 | $2,453.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $682,051.38 | $529,042.75 | $529,042.75 | $44,471.08 |
| **TOTAL DISBURSEMENTS** | $875,851.32 | $552,469.00 | $552,469.00 | $67,897.33 |

4) This case was originally filed under chapter  7  on 11/01/2013 .
The case was pending for     15   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2015                                 By: /s/ ALLAN J. DeMARS
                                                                        Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account proceeds | 1129-000 | $6,824.06 |
| receivables | 1121-000 | $2,415.12 |
| lawsuit v. former employee for embezzlement | 1149-000 | $30,580.04 |
| refund of insurance premium | 1290-000 | $385.00 |
| preference recoveries | 1241-000 | $27,700.00 |
| interest on invested funds | 1270-000 | $3.54 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $67,907.76 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| International Sureties, Ltd. | bond premium | 2300-000 | $10.43 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $10.43 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4210-000 | $193,799.94 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $193,799.94 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $6,645.39 | $6,645.39 | $6,645.39 |
| Allan J. DeMars | 2200-000 | N/A | $117.89 | $117.89 | $117.89 |
| Allan J. DeMars | 3110-000 | N/A | $13,205.00 | $13,205.00 | $13,205.00 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $1,004.50 | $1,004.50 | $1,004.50 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $20,972.78 | $20,972.78 | $20,972.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Internal Revenue Service | 5800-000 | $0.00 | $130.43 | $130.43 | $130.43 |
| 26 | Illinois Dept of Revenue | 5800-000 | $0.00 | $1,829.52 | $1,829.52 | $1,829.52 |
| 27 | IDES | 5800-000 | $0.00 | $493.52 | $493.52 | $493.52 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $2,453.47 | $2,453.47 | $2,453.47 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | United Parcel Service | 7100-000 | $1,401.42 | $967.87 | $967.87 | $82.26 |
| 2 | Able American Plastics | 7100-000 | $11,094.25 | $28,751.25 | $28,751.25 | $2,443.72 |
| 3 | Maloney & Craven PC | 7100-000 | $7,578.25 | $12,786.24 | $12,786.24 | $1,086.77 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | GIS Rollilng LLC | 7100-000 | $4,078.13 | $9,214.08 | $9,214.08 | $783.15 |
| 5 | Mid-Atlantic Syst of DPN | 7100-000 | $0.00 | $29,037.60 | $29,037.60 | $2,468.06 |
| 6 | Mid-Atlantic Syst of CPA | 7100-000 | $0.00 | $34,138.80 | $34,138.80 | $2,901.64 |
| 7 | Mid-Atlantic Waterproofing of NJ | 7100-000 | $0.00 | $58,467.60 | $58,467.60 | $4,969.47 |
| 8 | Mid-Atlantic Waterproofing of NY | 7100-000 | $0.00 | $27,075.60 | $27,075.60 | $2,301.32 |
| 9 | Mid-Atlantic Waterproofing of MD | 7100-000 | $0.00 | $14,322.60 | $14,322.60 | $1,217.35 |
| 10 | Mid-Atlantic Waterproofing of VA | 7100-000 | $0.00 | $25,309.80 | $25,309.80 | $2,151.21 |
| 11 | Forest Packaging Corp | 7100-000 | $5,400.64 | $5,400.64 | $5,400.64 | $459.03 |
| 12 | Critchfield, Critchfield & Johnston | 7100-000 | $21,836.36 | $22,336.36 | $22,336.36 | $1,898.49 |
| 13 | Lee Supply Co. | 7100-000 | $0.00 | $46,352.43 | $46,352.43 | $3,939.74 |
| 14 | Michaels Machine Co. | 7100-000 | $5,089.03 | $5,089.03 | $5,089.03 | $432.55 |
| 15 | Allstate Property & Casualty | 7100-000 | $0.00 | $8,654.99 | $8,654.99 | $735.63 |
| 16 | State Farm Fire & Casualty | 7100-000 | $0.00 | $4,178.60 | $4,178.60 | $355.16 |
| 17 | Erie Insurance Exchange | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $849.95 |
| 18 | Safeco Insurance Co. | 7100-000 | $0.00 | $15,982.88 | $15,982.88 | $1,358.47 |
| 19 | JP Morgan Chase | 7100-000 | $0.00 | $135,982.39 | $135,982.39 | $11,557.87 |
| 20 | Allstate Property & Casualty | 7100-000 | $0.00 | $9,917.97 | $9,917.97 | $842.98 |
| 21 | Erie Insurance Exchange | 7100-000 | $0.00 | $8,661.41 | $8,661.41 | $736.18 |
| 22 | Allstate Property & Casualty | 7100-000 | $0.00 | $5,500.00 | $5,500.00 | $467.48 |
| 23 | Johnston Supply Co. | 7100-000 | $1,496.67 | $5,089.71 | $5,089.71 | $432.60 |
| 24 | Allstate Insurance | 7200-000 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| 25 | Internal Revenue Service | 7300-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 26 | Illinois Dept of Revenue | 7300-000 | $0.00 | $332.95 | $332.95 | $0.00 |
| 27 | IDES | 7300-000 | $0.00 | $191.75 | $191.75 | $0.00 |
| | 52 SCHEDULED CREDITORS WITH NO CLAIM FILED | 7100-000 | $624,076.63 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $682,051.38 | $529,042.45 | $529,042.45 | $44,471.08 |

UST Form 101-7-TDR (10/1/2010)

EXHIBIT A  FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.** 13-42965  **Trustee Name:** Allan J. DeMars

**Case Name:** STEVENS PUMP COMPANY  **Date Filed (f) or Converted (c):** 11/1/13 (F)

**For Period Ending:** 3/31/15  **§341(a) Meeting Date:** 12/18/13

**Claims Bar Date:** 3/21/14 (govt 4/30/14)

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§ 554(a) abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref # | | | | | | |
| 1 | Chase checking acct | 6,000.00 | 6,824.06 | | 6,824.06 | FA |
| 2 | Vanguard money market | 474.40 | 0.00 | | | FA |
| 3 | receivables | 23,874.19 | 2,415.12 | | 2,415.12 | FA |
| 4 | lawsuit v. former employee for embezzlement | unknown | 35,000.00 | | 30,580.04 | FA |
| 5 | 1996 Ford Van | 780.00 | 0.00 | | | FA |
| 6 | office equip and furn | 500.00 | 0.00 | OA | | FA |
| 7 | machinery and tooling | 500,000.00 | 0.00 | OA | | FA |
| 8 | inventory | 323,420.68 | 0.00 | OA | | FA |
| 9 | refund of insurance premium (u) | 385.00 | 385.00 | | 385.00 | FA |
| 10 | preference recovery (u) | unknown | 27,700.00 | | 27,700.00 | FA |
| 11 | interest on invested funds (u) | | 0.23 | | 3.54 | |
| TOTALS (Excluding unknown values) | | | 72,324.41 | | 67,907.76 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: recovery of preferences; settlement of embezzlement case (settlement approved, awaiting proceeds)

NOTE: Items 6,7 and 8 were subject to lien of Chase; assets abandoned per court order

Initial Projected Date of Final Report (TFR): August, 2014    Current Projected Date of Final Report (TFR): July, 2014

EXHIBIT AC - FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-42965  
Case Name: STEVENS PUMP COMPANY  
Taxpayer ID#: xx-xxx4708  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): _____  
Checking acct#: xxxxxxx9 333  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 11/29/13 | Ref 1 | Chase | turnover of funds in checking acct | 1129-000 | 6,824.06 | | |
| | Ref 9 | Granger Ins. Co. | refund of premium | 1290-000 | 385.00 | | 7,209.06 |
| 1/14/14 | Ref 3 | Jock & Meldrum, Inc | receivable | 1121-000 | 915.12 | | 8,124.18 |
| 1/28/14 | Ref 10 | Invensys Controls | preference settlement Order Docket #37 | 1241-000 | 5,100.00 | | 13,224.18 |
| 2/4/14 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 10.43 | 13,213.75 |
| 2/12/14 | Ref 3 | Claeys | receivable | 1121-000 | 1,500.00 | | 14,713.75 |
| 2/18/14 | Ref 10 | Tru-Cut Machine | partial repayment of preference; Order Docket #39 | 1241-000 | 1,150.00 | | 15,863.75 |
| 3/11/14 | Ref 10 | Regal-Beloit | preference settlement; Order Docket #38 | 1241-000 | 18,000.00 | | 33,863.75 |
| 3/28/14 | Ref 10 | Tru-Cut Machine | partial repayment of preference; Docket 39 | 1241-000 | 1,150.00 | | 35,013.75 |
| 3/31/14 | Ref 11 | Wells Fargo | interest on invested funds | 1270-000 | 0.23 | | 35,013.98 |
| 4/30/14 | Ref 11 | Wells Fargo | interest on invested funds | 1270-000 | 0.41 | | 35,014.39 |
| 5/5/14 | Ref 10 | Tru-Cut Machine | partial repayment of preference; Docket 39 | 1241-000 | 1,150.00 | | 36,164.39 |
| 5/14/14 | Ref 4 | Precision Title Co. | settlement with Linda Behn; 49% of net of defendant's residence payable to the estate; embezzlement claim; Order Docket #36 | 1149-000 | 30,580.04 | | 66,744.43 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 5/16/14 | Ref 10 | Tru-Cut Machine | partial repayment of preference; Docket 39 | 1241-000 | 1,150.00 | | 67,894.43 |
| 5/31/14 | Ref 11 | Wells Fargo | interest on invested funds | 1270-000 | 1.20 | | 67,895.63 |
| 6/30/14 | Ref 11 | Wells Fargo | interest on invested funds | 1270-000 | 1.70 | | 67,897.33 |
| 8/28/14 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 6,645.39 | 61,251.94 |
| 8/28/14 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 117.89 | 61,134.05 |
| 8/28/14 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 13,205.00 | 47,929.05 |
| 8/28/14 | Check 1005 | Lois West/ Popowcer Katten | accountant's fees | 3410-000 | | 1,004.50 | 46,924.55 |
| 8/28/14 | Check 1006 | Internal Revenue Service | 507(a)(8) | 5800-000 | | 130.43 | 46,794.12 |
| 8/28/14 | Check 1007 | Illinois Dept of Revenue | 507(a)(8) | 5800-000 | | 1,829.52 | 44,964.60 |
| 8/28/14 | Check 1008 | Illinois Dept of Employment Security | 507(a)(8) | 5800-000 | | 493.52 | 44,471.08 |
| 8/28/14 | Check 1009 | United Parcel Service | 726(a)(2); 8.49953% | 7100-000 | | 82.26 | 44,388.82 |
| 8/28/14 | Check 1010 | Able American Plastics | 726(a)(2); 8.49953% | 7100-000 | | 2,443.72 | 41,945.10 |
| 8/28/14 | Check 1011 | Maloney & Craven PC | 726(a)(2); 8.49953% | 7100-000 | | 1,086.77 | 40,858.33 |
| 8/28/14 | Check 1012 | GIS Rolling, LLC | 726(a)(2); 8.49953% | 7100-000 | | 783.15 | 40,075.18 |
| 8/28/14 | Check 1013 | MidAtlantic Systems of DPN, Inc. | 726(a)(2); 8.49953% | 7100-000 | | 2,468.06 | 37,607.12 |
| 8/28/14 | Check 1014 | MidAtlantic Systems of CPA, Inc. | 726(a)(2); 8.49953% | 7100-000 | | 2,901.64 | 34,705.48 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 8/28/14 | Check 1015 | MidAtlantic Systems of NJ, Inc. | 726(a)(2); 8.49953% | 7100-000 | | 4,969.47 | 29,736.01 |
| 8/28/14 | Check 1016 | MidAtlantic Systems of NY, Inc. | 726(a)(2); 8.49953% | 7100-000 | | 2,301.32 | 27,434.69 |
| 8/28/14 | Check 1017 | MidAtlantic Systems of MD, Inc. | 726(a)(2); 8.49953% | 7100-000 | | 1,217.35 | 26,217.34 |
| 8/28/14 | Check 1018 | MidAtlantic Systems of VA, Inc. | 726(a)(2); 8.49953% | 7100-000 | | 2,151.21 | 24,066.13 |
| 8/28/14 | Check 1019 | Forest Packaging Corp. | 726(a)(2); 8.49953% | 7100-000 | | 459.03 | 23,607.10 |
| 8/28/14 | Check 1020 | Critchfield, Critchfield & Johnston | 726(a)(2); 8.49953% | 7100-000 | | 1,898.49 | 21,708.61 |
| 8/28/14 | Check 1021 | Lee Supply Corporation | 726(a)(2); 8.49953% | 7100-000 | | 3,939.74 | 17,768.87 |
| 8/28/14 | Check 1022 | Michael Machine Co. | 726(a)(2); 8.49953% | 7100-000 | | 432.55 | 17,336.32 |
| 8/28/14 | Check 1023 | Allstate Property & Casualty Insurance | 726(a)(2); 8.49953% | 7100-000 | | 735.63 | 16,600.69 |
| 8/28/14 | Check 1024 | State Farm Fire & Casualty Company | 726(a)(2); 8.49953% | 7100-000 | | 355.16 | 16,245.53 |
| 8/28/14 | Check 1025 | Erie Insurance Exchange | 726(a)(2); 8.49953% | 7100-000 | | 849.95 | 15,395.58 |
| 8/28/14 | Check 1026 | Safeco Insurance Co. | 726(a)(2); 8.49953% | 7100-000 | | 1,358.47 | 14,037.11 |
| 8/28/14 | Check 1027 | JP Morgan Chase Bank NA | 726(a)(2); 8.49953% | 7100-000 | | 11,557.87 | 2,479.24 |
| 8/28/14 | Check 1028 | Allstate Property & Casualty Insurance | 726(a)(2); 8.49953% | 7100-000 | | 842.98 | 1,636.26 |
| 8/28/14 | Check 1029 | Erie Insurance Exchange | 726(a)(2); 8.49953% | 7100-000 | | 736.18 | 900.08 |
| 8/28/14 | Check 1030 | Allstate Property & Casualty Insurance | 726(a)(2); 8.49953% | 7100-000 | | 467.48 | 432.60 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 8/28/14 | Check 1031 | Johnston Supply Co. | 726(a)(2); 8.49953% | 7100-000 | | 432.60 | 0.00 |
| | | | | COLUMN TOTALS | 67,907.76 | 67,907.76 | 0.00 |

|  | Net | 67,907.76 | 67,907.76 | 0.00 |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
| Checking# xxxx xx9 333 | | 67,907.76 | 67,907.76 | 0.00 |
| Money Market # | | | | |
| Savings # | | | | |
| CD #CDI | | | | |
| Net | | 67,907.76 | 67,907.76 | 0.00 |
| | | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |